IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPINE CARE DELAWARE, LLC | ) | C.A. No. 06-166 GMS |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) | STIPULATION OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between all parties that the above-captioned cause of action shall be dismissed with prejudice.

*MURPHY SPADARO & LANDON*

_____
JOHN SPADARO,
1011 Centre Road, Suite 210
Wilmington, DE 19805

*SHELSBY & LEONI*

_____
ROBERT J. LEONI, I.D. #2888
221 Main Street
Stanton, DE 19804
(302) 995-6210